UNITED STATE OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LUIS ARTURO ORTEGA-MONDRAGON

      Defendant.

_____/

Case No.  1:05-cr-240-03

Honorable Gordon J. Quist

ORDER OF DETENTION

IT IS HEREBY ORDERED that defendant is detained to the custody of the United States Marshal pending further proceedings.  In the event that the Bureau of Immigration and Custom Enforcement should remove the detainer placed on this defendant, he may request a detention hearing at that time.

IT IS SO ORDERED.

Dated: 4/25/2006

/s/ Timothy P. Greeley
United States Magistrate Judge